IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:12-PO-46 |
| Plaintiff, | : | Magistrate Judge Michael J. Newman |
| vs. | : | |
| JAMES CASSIDY, | : | |
| Defendant. | : | |

___

## ORDER
___

The Court, having been advised that Defendant was released early from his in-patient substance abuse treatment program, held a telephone status call on July 16, 2013 with counsel for both sides and Probation Officer Marquita Howard. For the reasons then discussed more fully on the record, the Court **ORDERS** as follows:

1. Defendant shall continue to be supervised by Ms. Howard. The standard conditions applicable to supervision by U.S. Pretrial Services and U.S. Probation, in the Southern District of Ohio, shall apply. The following special conditions, set forth below, shall also apply;

2. Defendant shall participate in location monitoring immediately;

3. Defendant shall be confined to his residence in Eaton, Ohio. He shall be permitted to leave his home for medical treatment, for continuation of his substance abuse treatment and follow-up care, to meet with his counsel, to make Court appearances in this Court and in the Warren County Common Pleas relative to his pending criminal case there, to purchase necessities such as food, and to make reasonable other purchases at Wal-Mart or other nearby

stores within walking distance of his home;

4. Defendant shall return to his Eaton house each evening before dusk;

5. Defendant may ride as a passenger in a motor vehicle, but is strictly prohibited from driving a car or other motorized device/form of transportation;

6. Defendant shall refrain from all use or possession of alcohol, from the use or possession of all drugs unless prescribed by a licensed medical practitioner, and from the use or possession of a firearm or destructive device; and

7. Defendant shall be tested on a random or other basis for alcohol and/or illegal substances. He is prohibited from tampering, obstructing, or interfering in any way with such testing or with the devices used for such testing.

Additionally, defense counsel shall immediately advise the Court upon the resolution of Defendant's pending criminal case in Warren County.

A follow-up status telephone call is hereby scheduled for **August 15, 2013 at 3:30 p.m**. Counsel shall call 1-877-336-1839, and when prompted, enter access code 2725365 and security code 123456.

**IT IS SO ORDERED.**

July 18, 2013                                            s/ **Michael J. Newman**
United States Magistrate Judge